FILED
DEC 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CURTIS LEE WATSON
**PLAINTIFF/ PETITIONER**
06227-007

P.O. BOX 1033 U.S.P. 1

COLEMAN, FLORIDA 33521

VS.

UNITED STATES DEPARTMENT OF JUSTICE

DISTRICT OF COLUMBIA

CASE

CASE NUMBER 1:06CV02248

JUDGE: Richard W. Roberts

DECK TYPE: Pro se General Civil

DATE STAMP: 12/29/2006

## WRIT OF ERROR CORUM NOBIS

### COMPLAINT

PETITIONER WAS CONVICTED IN THE DISTRICT OF COLUMBIA SUPERIOR COURT IN JULY 1978. THE SENTENCE OF THIRTY YEARS (30) TO LIFE WAS IMPOSED. FOR CLOSE TO THREE DECADES PETITIONER HAS SOUGHT A COPY OF THE "INDICTMENT"

PETITIONER WAS TRIED ON WHAT THE GOVERNMENT CALLED F-69971-77. THIS "INDICTMENT" WAS TO HAVE BEEN ISSUED IN THE DISTRICT OF COLUMBIA. PETITIONER FILED PURSUANT U.S.C. 552 A FREEDOM OF INFORMATION REQUEST ON JULY 8th, 2003. AFTER MORE THAN THREE ADDITIONAL YEARS THE DEPARTMENT OF JUSTICE NOW CONCEEDS THAT NO SUCH INDICTMENT EXIST. SEE ATTACHED EXHIBITS.

RECEIVED (1)

OCT 13 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## RELIEF BEING SOUGHT

PETITIONER IS AWARE THAT CONGRESS PROVIDES NO BASIS FOR ANY PERSON CONVICTED IN THE D.C. SUPERIOR COURT TO CHALLENGE THE CONVICTION IN ANY FEDERAL COURT. PETITIONER IS <u>ONLY</u>, TRYING TO SHOW THAT THE EXECUTION OF THE SENTENCE FOR A CHARGE OR CHARGES THAT DO NOT EXIST, CREATES A JUDICIAL DILEMMA.

FIRST THE CHARGES CONTAINED IN THE "NON-EXISTING <u>"INDICTMENT"</u> HAS THIS PETITIONER SERVING A SENTENCE OF TWENTY YEARS TO LIFE. SINCE THIS PETITIONER IS NOW HOUSED BY THE FEDERAL BUREAU OF PRISONS, THAT SENTENCE IS BEING CLASSIFIED AS IF IT IS A FEDERAL LIFE SENTENCE, AND PETITIONER IS BEING <u>HOUSED AND CONSIDERED</u> FOR PAROLE AND OTHER PROGRAMS ON THE BASIS OF THESE FALSE CHARGES.

PETITIONER IS ONLY SEEKING TO HAVE THIS HONORABLE COURT DECLARE THAT THESE CHARGES ARE FALSE AND CAN NOT BE USED BY THE UNITED STATES DEPARTMENT OF JUSTICE, NOR THE UNITED PAROLE COMMISSION FOR <u>CLASSIFICATION AND PAROLE CONSIDERATION</u> PETITIONER DOES SEEK A TRIAL BY JURY!

RESPECTFULLY

CURTIS LEE WATSON

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THIS PETITION HAS BEEN FILED IN THE OFFICE OF THE UNITED STATES ATTORNEY AT 555 4th STREET N.W. WASHINGTON D.C. 20001   10/10/2006

( 2 )

CURTIS LEE WATSON    CASE NO:
    PETITIONER
  V.
UNITED STATES OF AMERICA

## PETITION SEEKING BAIL
## AND RELEASE PENDING RESOLUTION
## OF PETITION FOR CORAM NOBIS

### BACKGROUND

PETITIONER CURTIS LEE WATSON, HAS PRESENTED IN THIS HONORABLE COURT A PETITION AND DOCUMENTS PERTAINING TO THE GOVERNMENTS RESPONSE THAT IT CAN PRODUCE NO RECORDS OF THE CHARGES THIS PETITIONER HAS BEEN CONVICTED OF.

PETITIONER A RESIDENT OF THE DISTRICT OF COLUMBIA AND MARYLAND WITH PROPERTY IN THE DISTRICT WOULD CONTEND THAT HE HAS THE RIGHT TO BE RELEASED PENDING ANY ACTION ON THESE FALSE ALLEGATIONS. THE GOVERNMENT CAN NOT CONTEND THAT FURTHER INCARCERATION WOULD SERVE THE INTEREST OF JUSTICE.

PRIOR TO THIS CONVICTION PETITIONER HAD BEEN AFFORDED PERSONAL RECOGNIZANCE. AS THERE IS NO BASIS FOR INCARCERATION THIS MOTION SHOULD BE GRANTED

                        RESPECTFULLY
                        CURTIS LEE WATSON
                        P.O. BOX 1035 U.S.P.
                        COLEMAN FLORIDA 33521

### CERTIFICATE OF SERVICE

I HERBY CERTIFY THAT A COPY OF THIS REQUEST FOR BAIL AND RELEASE HAS BEEN FORWARDED TO THE OFFICE OF THE UNITED STATES ATTORNEY AT 555 4th STREET N.W. WASH D.C. 20001

                        CURTIS LEE WATSON



**U.S. Department of Justice**
Executive Office for United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W., Suite 7300, Bicentennial Building
Washington, DC 20530-0001
(202) 616-6757   FAX: 616-6478   (www.usdoj.gov/usao)

Requester: Curtis L. Watson

Request Number: 03-2924          Date of Receipt: July 15, 2003

Subject: Self

Dear Requester:                                                    AUG 24 2006

    In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ] A search for records located in EOUSA - _____ has revealed no responsive records regarding the above subject.

2. [X] A search for records located in the United States Attorney's Office(s) for the District Of Columbia has revealed no responsive records regarding the above subject.

3. [ ] After an extensive search, the records which you have requested cannot be located.

4. [ ] Your records have been destroyed pursuant to Department of Justice guidelines.

5. [ ] Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

    This is the final action on this above-numbered request. You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001**. Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court 28 C.F.R. §16.9.

Sincerely,

William G. Stewart II
Acting Assistant Director

Form No. 005 - 2/06

U.S. Department of Justice

Office of Information and Privacy

Telephone: (202) 514-3642             Washington, D.C. 20530

JUN 0 5 2006

Mr. Curtis L. Watson
Register No. 06227-007
United States Penitentiary           Re:    Appeal No. 05-1698
Post Office Box 1033                        Request No. 03-2924
Coleman, FL  33521                          KDC:ALB:DJS

Dear Mr. Watson:

    You appealed from the action of the Executive Office for United States Attorneys (EOUSA) on your request for access to records pertaining to yourself.

    Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2005). As no adverse determination had yet been made as of the date your appeal was received, there is no action for this Office to consider on appeal. Indeed, the Freedom of Information Act itself contemplates judicial review, rather than an administrative appeal, when an agency has failed to respond to a request within the statutory time limits. See 5 U.S.C. § 552(a)(6)(C)(i).

    We have forwarded your letter to EOUSA. You may also wish to contact it directly and request the status of your request. You may appeal any adverse determination made by EOUSA.

Sincerely,

Daniel J. Metcalfe
Director

(2A)

have been made by scissors, and there were stab wounds in the abdomen area (Tr. 476-479). In Brownlee's opinion, the decedent was probably asleep when he was attacked, because the body showed no signs of a struggle and the decedent was found lying on his back (Tr. 488). Moreover, none of the wounds were of a defensive nature (Tr. 487). The doctor also concluded that the stab wounds preceded the gunshot because the amount of blood found on the carpet indicated that the decedent had bled for some time before he was shot in the head (Tr. 485-487).

Metropolitan Police Officer Newton P. Butler, a crime scene search officer, recovered a .25 caliber cartridge jacket and slug from the floor area where the decedent's body was lying (Tr. 424-425). Joseph Mason, Jr., a firearms examiner, testified that the bullet and the casing were fired from the same weapon (Tr. 455-456). Furthermore, Mason concluded that the bullet recovered from Timothy Reeves' head and the one recovered in the basement were fired from the same .25 caliber automatic pistol (Tr. 456-457). Officer Butler also found a pair of scissors, which was covered with a red substance, on the floor near the body (Tr. 428). Butler processed the area for latent fingerprints and recovered several, including one on the scissors and one on the slug casing. These prints did not match appellant's fingerprints (Tr. 430, 436-437, 443).

On July 12, 1977, Detective Warren J. Donald talked with appellant by telephone (Tr. 410-411). When Donald told appellant that he had tried repeatedly to get in touch with him through Joan Swearinger, appellant said that he was too busy to talk to the detective and that "he didn't have anything to say, that [they] could talk on the telephone" (Tr. 411). Appellant told the detective that he did not know anything about the killing of Timothy Reeves (Tr. 411). Moreover, he said that he had been at the house only once, on Sunday, June 26, and "only stayed on the front porch" (Tr. 411, 414). He also denied knowing the Mabrys or having shown them the house on June 28; appellant claimed that "[h]e never returned to the house . . . he never took anyone to the house, and he did not know who the people were" (Tr. 412).

(EXHIBIT-C)     - 17 -

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Curtis Lee Watson | U.S. Dept of Justice, et al., |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888 (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) |
| PRO SE (PR) | NC TR AT |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) #06227-007 | CASE NUMBER 1:06CV02248  JUDGE: Richard W. Roberts  DECK TYPE: Pro se General Civil  DATE STAMP: 12/29/2006 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENS
FOR PLAINTIFF AND ONE FOR DEFENDANT

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☒ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act



| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**ORIGIN**
☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1361    WRIT OF MANDAMUS

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $    Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES ☒ NO    If yes, please complete related case form.

DATE 12.29.06    SIGNATURE OF ATTORNEY OF RECORD    NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd