UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Curtis Lee Watson,                )
                                  )
        Petitioner,               )
                                  )
    v.                            )   Civil Action No. 06-2248 (RWR)
                                  )
U.S. Department of Justice,       )
                                  )
        Respondent.               )

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 23rd day of January 2007,

ORDERED that respondent, by counsel, shall, within twenty (20) days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondent, the petitioner's warden, and the United States Attorney for the District of Columbia.

/s/ RWRoberts
_____
RICHARD W. ROBERTS
United States District Judge