UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CURTIS LEE WATSON | : | |
| | : | |
| v. | : | |
| | : | 1:06Cv02248 (RWR) |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant. | : | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through it's attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney James Sweeney, D.C. Bar Number 427217, telephone number (202) 514-7283 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

___/s/_____
JAMES SWEENEY
ASSISTANT UNITED STATES ATTORNEY
Special Proceedings
D.C. Bar No. 427217
555 4th Street, N.W., Room 10-449
Washington, DC 20530
(202) 514-7283
James.Sweeney@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the instant motion has been served by mail upon defendant, Curtis Lee Watson, 306227-007, P.O. Box 1033, U.S.P. Coleman, Florida 33521, this 5th day of February, 2007.

_____/s/_____
James Sweeney
A.U.S.A.

attorney for the defendant, Tony Miles, Esq., Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, on the 1st day of June, 2000.

                                                _____
                                                JAMES SWEENEY
                                                ASSISTANT UNITED STATES ATTORNEY