UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CURTIS LEE. WATSON,                 )
                                    )
          Petitioner,               )
                                    )
     v.                             )    Civil Action No. 06-2248 (RWR)
                                    )
UNITED STATES DEPARTMENT OF JUSTICE,)
                                    )
          Respondent.               )
_____)

TRANSFER ORDER

In this action captioned "Writ of Error Corum [*sic*] Nobis," petitioner seeks relief under the All Writs Act, 28 U.S.C. § 1651, from his conviction imposed by the Superior Court of the District of Columbia. Such relief is properly pursued through a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254. *Carlisle v. U.S.*, 517 U.S. 416, 429 (1996) ("The All Writs Act is a residual source of authority to issue writs that are not otherwise covered by statute. Where a statute specifically addresses the particular issue at hand, it is that authority, and not the All Writs Act, that is controlling.") (internal bracket, citation and quotation marks omitted).

Because this Court previously denied petitioner's application for relief under § 2254, *see Watson v. United States*, Civ. Action No. 99-1783 (D.D.C., June 30, 1999) (Kessler, J.), respondent rightly asserts that this Court lacks jurisdiction to entertain the current petition and moves to transfer the case to the United States Court of Appeals for the District of Columbia Circuit to determine whether to issue "an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3). S*ee Moore v. Department of*

*Justice* 1998 WL 545421, *1 (D.C. Cir., July 17, 1998) ("The district court did not have jurisdiction to entertain appellant's successive § 2254 petition since appellant never obtained certification from the court of appeals to file his successive petition."). Accordingly, it is hereby

ORDERED that respondent's motion to transfer [Dkt. No. 7] is GRANTED; and it is further

ORDERED that pursuant to 28 U.S.C. § 1631, this case is TRANSFERRED to the United States Court of Appeals for the District of Columbia Circuit.

DATE: February 26, 2007

_____s/_____
RICHARD W. ROBERTS
United States District Judge